# EXHIBIT A

# Obergericht des Kantons Zürich

Internationale Rechtshilfe

---

Hirschengraben 15, 8001 Zürich
Briefadresse: Postfach, 8021 Zürich, Schweiz
Paketadresse: Hirschengraben 15, 8001 Zürich, Schweiz
Telefon: +41 44 257 91 91
E-Mail: rechtshilfe@gerichte-zh.ch

WR250240-O/RH

Office of International Judicial
Assistance, U.S. Department of Justice
1100 L Street, NW, Room 8024
20005 Washington, D.C.
United States

Our reference: WR250240-O
(Please repeat in your reply)

Zurich, February 28th, 2025

## Application for legal assistance in accordance with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters of 18 march 1970

Dear Sirs

Please find enclosed an application for legal assistance from the District Court of Zurich on the taking of evidence.

Please return **all** files and documents after the evidence has been taken.

In advance thank you very much for your highly appreciated assistance and your cooperation.

Yours sincerely

Supreme Court of the Canton of Zurich
International Legal Assistance
International Legal Assistance Expert

Michèle Bigler

Enclosures: mentioned

MAR 19 2025
189-30-25-9

**LETTER OF REQUEST**

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben

**WR 250240-0**

**I** **(Items to be included in all Letters of Request)**

1. Central authority of the requesting state *(identity and address)*
   Obergericht des Kantons Zürich, Internationale Rechtshilfe, Hirschengraben 15, 8001 Zürich, Schweiz

2. Central authority of the requested state *(identity and address)*
   Office of International Judicial Assistance, U.S. Department of Justice, 1100 L Street, NW, Room 8024, Washington, DC. 20005, United States of America

3. Person to whom the executed request is to be returned *(identity and address)*
   Obergericht des Kantons Zürich, Internationale Rechtshilfe, Hirschengraben 15, 8001 Zürich, Schweiz

**II** **(Items to be included in all Letters of Request)**

4. In conformity with article 3 of the Convention, the undersigned applicant has the honour to submit the following request:

5. a  Judicial authority conducting the proceedings (article 3, a) *(identity and address)*
      Bezirksgericht Zürich, 3. Abteilung, Badenerstrasse 90, 8004 Zürich

   b  To the competent authority of (article 3, a) *(the requested State)*
      Office of International Judicial Assistance, U.S. Department of Justice, 1100 L Street, NW, Room 8024, Washington, D.C. 20005, United States of America

6. Names and addresses of the parties and their representatives (article 3, b)

   a  Plaintiff Dariusz Henryk Apel, Dr. med., Emil-Klöti-Str. 33, 8049 Zürich

   b  Defendant Alexandra Christiane von Bubnoff, Pract. Med., Brunnwiesenstrasse 66, 8049 Zürich

   c  Other parties...............................................................................................................

7. Nature and purpose of the proceedings and summary of the facts (article 3, c)
   The parties entered into marriage on 24 October 2004. On 27 August 2019 the plaintiff filed a petition for divorce with the District Court of Zurich. Since then, the proceedings have been contentious with two exchanges of correspondence already having taken place. Due to various discovery requests, the proceedings are not yet ready for decision. In connection with these discovery requests, the court ordered several banks in Switzerland and abroad to indicate whether any accounts existed in the names of the parties between 1 September 2017 and 27 August 2019. The present request for legal assistance relates to the instruction to StoneX Group Inc., based in the United States (USA), to provide information.

8. Evidence to be obtained or other judicial acts to be performed
   - Instruction to StoneX Group Inc., 30 Independence Blvd., Suite 300 (3rd floor) Warren, NJ07059 USA, to disclose all active, inactive and closed customer relationships (accounts/custody accounts/any other connections) in the period from 1 September 2017 to 27 August 2019, which are held by either party or both parties jointly.

   - Indication to the bank that is must base its disclosure of information on the wording of the negative declaration signed by the plaintiff.

- Indication to the bank that third parties may refuse to participate in accordance with Art. 165 and Art. 166 Swiss Civil Procedure Code.

- Indication to the bank that if it considers itself to be entitled to refuse disclosure, it must communicate its reasons in writing.

## III (Items to be completed where applicable)

9 Identity and address of any person to be examined (article 3, e)

..........................................................................................................................
..........................................................................................................................

10 Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (article 3, f) *(or see attached list)*

..........................................................................................................................
..........................................................................................................................

11 Documents or other property to be inspected (article 3, g) *(specify whether it is to be produced, copied, valued, etc.)*

..........................................................................................................................
..........................................................................................................................

12 Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3, h) *(In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law for the formal taking of evidence)*

..........................................................................................................................
..........................................................................................................................

13 Special methods or procedure to be followed (articles 3, i and 9)

..........................................................................................................................
..........................................................................................................................

14 Request for information of the time and place for the execution of the Request and identity and address of any person to be notified (article 7)

..........................................................................................................................
..........................................................................................................................

15 Request for attendance of judicial personnel of the judicial authority conducting the proceedings at the execution of the Letter of Request (article 8)

..........................................................................................................................
..........................................................................................................................

16 Specification of privilege or duty to refuse to give evidence under the law of the State of origin (article 11, b)

..........................................................................................................................
..........................................................................................................................

17 The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention will be borne by *(identity and address)*
Bezirksgericht Zürich, 3. Abteilung, Badenerstrasse 90, 8004 Zürich, Geschäfts-Nr. FE190608

**IV (Items to be included in all Letters of Request)**

18 Date of request ..............................................................................................................

19 Signature and seal of the judicial authority conducting the proceedings ....................
...............................................................................................................................

20 Date of request ..............................................................................................................

21 Signature and seal of the central authority of the requesting state ..........................
...............................................................................................................................

Enclosures

- Accompanying letter dated 11 December 2024, translated on 29 January 2025

- Negative declaration Dariusz Henryk Apel dated 6 December 2024, translated on 17 December 2024

Translation from German into English:

[Logo]

# Bezirksgericht Zürich (District Court of Zurich)

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben:

3. Abteilung – Einzelgericht (3rd Division – Single-Judge Court)

**WR 250240-0**

Badenerstrasse 90
P.O. Box
CH-8036 Zurich
Switzerland
Phone: +41 58 111 63 00

FE190608-L/BGA3
StoneX Group Inc.
30 Independence Blvd., Suite 300
(3rd floor) Warren, NJ07059
USA

Reference number: FE190608-L/K10
(to be repeated in the answer)

District Judge Dr. iur. M. Isler
Direct dialling: +41 58 111 62 35

Zurich, 11 December 2024

**Provision of information**

Dear Sir or Madame,

At the District Court of Zurich, the divorce proceedings of the married couple Dr. med. Dariusz Henryk Apel, born 18 January ▓, residing at Emil-Klöti-Strasse 33, 8049 Zurich, and Pract. med. Alexandra Christiane Von Bubnoff, born 13 September ▓, residing at Bunnwiesenstrasse 66, 8049 Zurich, are pending.

In this context, we instruct you to disclose to us all active, inactive and closed customer relationships (accounts / custody accounts / any other connections) in the period from 1 September 2017 to 27 August 2019, which are held by either party or both parties jointly. If no account exists, we instruct you to disclose this to us as well.

In this regard, both parties have declared a release from the duty of confidentiality, which you will find in the attachment. Please base the disclosure of details on the wording of the signed negative declarations.


Translator

The StoneX Group inc.'s attention is drawn to the fact that third parties may refuse to participate in accordance with Art. 165 Swiss Civil Procedure Code [CPC] and Art. 166 CPC. If StoneX Group inc. considers itself to be entitled to refuse disclosure, the reasons for doing so must be communicated to the court in writing.

We thank you for processing the disclosure order <u>at your earliest convenience</u> and are available to answer any questions.

Best regards,

DISTRICT COURT OF ZURICH
3rd Division – Single-judge court
District judge:

[signature]

Dr. iur. M. Isler

*********************************************************************

Zurich, 29 January 2025

*This document (2 pages) has been translated while being fully aware of Article 307 (false translation) and of Article 320 (breach of official secrecy) Swiss Criminal Code (SCC) by Naomi Frank, who has been accredited by the Supreme Court of the Canton of Zurich for the section translation (in writing) and for the section interpreting (in oral form) for the languages German, English and French.*

*Nach bestem Wissen und Gewissen sowie in Kenntnis von Art. 307 StGB übersetzt:*

[signature]

N. Frank

Naomi Frank, dipl. Übersetzerin FH
Official Court Translator accredited
by the Supreme Court of the Canton
of Zurich : 29 January 2025

Translation from German into English:

[Logo]

# Bezirksgericht Zürich (District Court of Zurich)

3. Abteilung – Einzelgericht (3rd Division – Single-Judge Court)

Reference number: FE190608-L/N26_Negativerklärung_Apel

Obergericht des Kantons Zürich
[...] ale Rechtshilfe
Bitte folgende Referenz immer angeben:

**WR 250240-0**

### Negative declaration Dariusz Henryk Apel, born 18 January 1968

I, Dariusz Henryk Apel, hereby expressly declare that during the period from 1 January 2017 to 27 August 2019, I had no other banking relationships, bank accounts, bank custody accounts, trading balances or other contractual relationships with financial institutions in Switzerland and abroad, other than with the financial institutions listed below:

- Credit Suisse
- Zürcher Kantonalbank ZKB
- PostFinance
- Landesbank Baden-Württemberg / Baden Württembergische Bank LBBW
- Targobank
- X Trade Broker XTB
- StoneX Group Inc. (until 2020 Gain Capital / Forex.com)
- Aargauische Kantonalbank AKB
- Bank Polski
- UBS
- Consorsbank (DAP BNP Paribas)

I hereby authorise the District Court of Zurich to oblige the listed financial institutions to disclose all active, inactive and closed account and custody account relationships which were or are my name and all contractual relationships with me between 1 January 2017 and 27 August 2019 to the District Court of Zurich (account description, IBAN, account number). This explicitly also includes joint accounts, omnibus accounts with a complete overview of all categories and subaccounts / sub-custody accounts, as well as all currency accounts and currency custody accounts, including the currency specification.

To this extent, I release the aforementioned financial institutions from their confidentiality obligations vis-à-vis the court.

[handwritten: "6.12.24"]      [signature]

Dariusz Henryk Apel



Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben

**WR 250240-0**

[Stamp: "**RECEIPT**
- 9 Dec. 2024
Geissmann
Rechtsanwälte"]

[Translator's note: The rest of the page is empty.]

*********************************************************************

Zurich, 17 December 2024

This document (2 pages) has been translated while being fully aware of Article 307 (false translation) and of Article 320 (breach of official secrecy) Swiss Criminal Code (SCC) by Naomi Frank, who has been accredited by the Supreme Court of the Canton of Zurich for the section translation (in writing) and for the section interpreting (in oral form) for the languages German, English and French.

Nach bestem Wissen und Gewissen sowie in Kenntnis von Art. 307 StGB übersetzt:

N. Frank

Naomi Frank, dipl. Übersetzerin FH
Official Court Translator accredited
by the Supreme Court of the Canton
of Zurich : 17 December 2024

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben:

RECHTSHILFEERSUCHEN

**WR 250240-0**

**I** (Diese Punkte sind in allen Rechtshilfeersuchen aufzuführen)

1. Zentralbehörde des ersuchenden Staates *(Bezeichnung und Adresse)*
Obergericht des Kantons Zürich, Internationale Rechtshilfe, Hirschengraben 15, 8001 Zürich, Schweiz

2. Zentralbehörde des ersuchten Staates *(Bezeichnung und Adresse)*
Office of International Judicial Assistance, U.S. Department of Justice, 1100 L Street, NW, Room 8024, Washington, D.C. 20005, United States of America

3. *Behörde an welche die Erledigungsakten zurückgesandt werden sollen (Bezeichnung und Adresse)*
Obergericht des Kantons Zürich, Internationale Rechtshilfe, Hirschengraben 15, 8001 Zürich, Schweiz

**II** (Diese Punkte sind in allen Rechtshilfeersuchen aufzuführen)

4. Die ersuchende Stelle beehrt sich nach Art. 3 des Übereinkommens das folgende Ersuchen zu stellen:

5. a   Verfahrensführende Justizbehörde *(Art. 3 lit a) (Bezeichnung und Adresse)*
Bezirksgericht Zürich, 3. Abteilung, Badenerstrasse 90, 8004 Zürich

   b   An die zuständige Behörde von *(Art. 3 lit a) (im ersuchten Staat)*
Office of International Judicial Assistance, U.S. Department of Justice, 1100 L Street, NW, Room 8024, Washington, D.C. 20005, United States of America

6. Namen und Adressen der Parteien und ihrer Vertreter *(Art. 3 lit. b)*

   a   Kläger         Dariusz Henryk Apel, Dr. med., Emil-Klöti-Str. 33, 8049 Zürich

   b   Beklagte       Alexandra Christiane von Bubnoff, Pract. med., Brunnwiesenstrasse 66, 8049 Zürich

   c   Andere Parteien    ..................................................................................

7. Art und Gegenstand der Rechtssache sowie gedrängte Darstellung des Sachverhaltes *(Art. 3 lit. c)*
Die Parteien schlossen am 24. Oktober 2004 die Ehe. Der Kläger reichte am 27. August 2019 Scheidungsklage am Bezirksgericht Zürich ein. Das Verfahren wird seither strittig geführt, wobei bereits zwei Schriftenwechsel stattgefunden haben. Das Verfahren erweist sich aufgrund verschiedener gestellter Editionsbegehren als noch nicht spruchreif. Im Zusammenhang mit den gestellten Editionsbegehren hat das Gericht diverse Banken im In- und Ausland angewiesen, mitzuteilen, ob zwischen dem 1. September 2017 und dem 27. August 2019 auf den Namen der Parteien lautende Konten bestanden haben. Das vorliegende Rechtshilfeersuchen betrifft die Anweisung zur Auskunftserteilung durch die StoneX Group Inc. mit Sitz in den Vereinigten Staaten (USA).

8. Beweisaufnahme oder andere gerichtliche Handlungen, die vorgenommen werden sollen *(Art. 3 lit. d)*
   - Anweisung der StoneX Group Inc., 30 Independence Blvd., Suite 300 (3rd floor) Warren, NJ07059 USA, sämtliche aktiven, inaktiven und saldierten Kundenbeziehungen (Konto-, Depot-, allfällige weitere Verbindungen) im Zeitraum

*vom 1. September 2017 bis 27. August 2019 bekannt zu geben, die auf eine der Parteien oder beide gemeinsam lauten.*

*- Hinweis an die Bank, dass sie sich bei der Bekanntgabe der Informationen am Wortlaut der vom Kläger unterzeichneten Negativerklärung zu orientieren hat.*

*- Hinweis an die Bank, dass Dritte gemäss den Voraussetzungen von Art. 165 und Art. 166 der Schweizerischen Zivilprozessordnung die Mitwirkung verweigern können.*

*- Hinweis, dass die Bank die Gründe schriftlich mitzuteilen hat, sofern sie sich zur Verweigerung berechtigt hält.*

**III Diese Punkte sind je nach Sachlage aufzuführen)**

9   Namen und Adressen der einzuvernehmenden Personen (Art. 3 lit. e)
    - ..................................................................................................................
    ..................................................................................................................

10  Fragen, welche an die einzuvernehmenden Personen gerichtet werden sollen oder die Tatsachen, über die sie einvernommen werden sollen (Art. 3 lit. f)
    *(evtl. siehe Beilage)*
    - ..................................................................................................................
    ..................................................................................................................

11  Urkunden oder andere Gegenstände, die geprüft werden sollen (Art. 3 lit. g) *(angeben, ob in Original oder Kopie oder Zusammenfassung gewünscht)*
    - ..................................................................................................................
    ..................................................................................................................

12  Antrag, die Einvernahme unter Eid oder Bekräftigung durchzuführen, und gegebenenfalls die dabei zu verwendende Formel (Art. 3 lit. h) *(wenn in der verlangten Form nicht möglich, festhalten, ob ersuchte Behörde die Einvernahme in der ortsüblichen Form durchführen darf)*
    - ..................................................................................................................
    ..................................................................................................................

13  Antrag eine besondere Form gem. Art. 9 einzuhalten (Art. 3 lit. i)
    - ..................................................................................................................
    ..................................................................................................................

14  Verlangte Benachrichtigung von Zeitpunkt und Ort der Erledigung des Ersuchens, Namen und Adressen der zu benachrichtigenden Personen (Art. 7)
    - ..................................................................................................................
    ..................................................................................................................

15  Antrag auf Anwesenheit der ersuchenden Behörde bei der Erledigung des Ersuchens (Art. 8)
    - ..................................................................................................................
    ..................................................................................................................

16  Vermerk, dass nach dem Recht des ersuchenden Staates ein Aussageverweigerungsrecht oder Aussageverbot vorgesehen ist (Art. 11 lit. b)
    - ..................................................................................................................
    ..................................................................................................................

17  Gebühren und Auslagen, für welche gemäss Art. 14 Abs. 2 und Art. 26 eine Erstattung verlangt werden darf, werden bezahlt von *(Bezeichnung und Adresse)*
-Bezirksgericht Zürich, 3. Abteilung, Badenerstrasse 90, 8004 Zürich, Geschäfts-Nr. FE190608

**IV  Diese Punkte sind in allen Rechtshilfeersuchen aufzuführen)**

18  Datum des Ersuchens ...... *17. Februar 2025* ......

19  Unterschrift und Stempel der verfahrensführenden Justizbehörde
....... *[signature]* ....... **Bezirksgericht Zürich**
....................................... **3. Abteilung** .......................................

20  Datum des Ersuchens ...... *28. 02. 2025* ......

21  Unterschrift und Stempel der ersuchenden Zentralbehörde
Supreme Court of the Canton of Zurich
International Legal Assistance
Hirschengraben 15
P.O. Box
8021 Zurich (Switzerland)

Beilagen:

- Begleitschreiben vom 11. Dezember 2024, mit Datum vom 29. Januar 2025 übersetzt

- Negativerklärung Dariusz Henryk Apel vom 6. Dezember 2024, mit Datum vom 17. Dezember 2024 übersetzt

# Bezirksgericht Zürich

3. Abteilung - Einzelgericht

Badenerstr. 90
Postfach
8036 Zürich
Schweiz
Tel. +41 58 111 63 00

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben

**WR 250240-0**

FE190608-L/BGA3
StoneX Group Inc.
30 Independence Blvd., Suite 300
(3rd floor) Warren, NJ07059
USA

Geschäfts-Nr.: FE190608-L/K10
(Bitte in Antwort wiederholen)

Bezirksrichterin Dr. iur. M. Isler
Direktwahl: +41 58 111 62 35

Zürich, den 11. Dezember 2024

**Auskunftserteilung**

Sehr geehrte Damen und Herren

Am Bezirksgericht Zürich ist das Scheidungsverfahren der Eheleute Dr. med. Dariusz Henryk Apel, geb. 18. Januar ▮▮▮ wohnhaft an der Emil-Klöti-Strasse 33, 8049 Zürich und Pract. med. Alexandra Christiane Von Bubnoff, geb. 13. September ▮▮▮ wohnhaft an der Bunnwiesenstrasse 66, 8049 Zürich pendent.

In diesem Zusammenhang weisen wir Sie an, uns sämtliche aktiven, inaktiven und saldierten Kundenbeziehungen (Konto- / Depot- / allfällige weitere Verbindungen) im Zeitraum vom 1. September 2017 bis 27. August 2019 bekannt zu geben, die auf eine der Parteien oder beide gemeinsam lauten. Falls keine Verbindung besteht, weisen wir Sie an, uns dies ebenfalls bekannt zu geben.

Beide Parteien haben diesbezüglich eine Entbindung von der Geheimhaltungspflicht erklärt, die Sie in der Beilage finden. Bitte orientieren Sie sich für die Bekanntgabe der Details am Wortlaut der unterzeichneten Negativerklärungen.

Die StoneX Group inc. wird darauf aufmerksam gemacht, dass Dritte die Mitwirkung nach Art. 165 ZPO und Art. 166 ZPO verweigern können. Hält sich die

- 2 -

StoneX Group inc. für berechtigt, die Edition zu verweigern, sind die Gründe hierfür dem Gericht schriftlich mitzuteilen.

Wir danken Ihnen für die <u>raschest mögliche</u> Bearbeitung des Editionsbegehrens und stehen für allfällige Fragen zur Verfügung.

Freundliche Grüsse

BEZIRKSGERICHT ZÜRICH
3. Abteilung - Einzelgericht
Bezirksrichterin:

Dr. iur. M. Isler

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Bitte folgende Referenz immer angeben

**Bezirksgericht Zürich**
WR 250240-0
3. Abteilung - Einzelgericht



Geschäfts-Nr.: FE190608-L/N26_Negativerklärung Apel

*Negativerklärung Dariusz Henryk Apel, geb. 18. Januar 1968*

*Ich, Dariusz Henryk Apel, erkläre ausdrücklich, dass ich im Zeitraum vom 1. Januar 2017 bis 27. August 2019 über keine weiteren Bankbeziehungen, Bankkonti, Bankdepots, Trading-Guthaben oder sonstigen Vertragsbeziehungen mit Finanzinstituten im In- und Ausland verfügte, als mit den nachfolgend aufgeführten Finanzinstituten:*

*- Credit Suisse*
*- Zürcher Kantonalbank ZKB*
*- PostFinance*
*- Landesbank Baden-Württemberg / Baden Württembergische Bank LBBW*
*- Targobank*
*- X Trade Broker XTB*
*- StoneX Group Inc. (bis 2020 Gain Capital / Forex.com)*
*- Aargauische Kantonalbank AKB*
*- Bank Polski*
*- UBS*
*- Consorsbank (DAP BNP Paribas)*

*Hiermit ermächtige ich das Bezirksgericht Zürich, die aufgeführten Finanzinstitute zu verpflichten, sämtliche aktiven, inaktiven und saldierten Konto- und Depotverbindungen, welche auf meinen Namen lauten oder lauteten, beziehungsweise sämtliche Vertragsbeziehungen mit mir zwischen dem 1. Januar 2017 und dem 27. August 2019 dem Bezirksgericht Zürich bekannt zu geben (Kontobezeichnung, IBAN, Konto-Nummer). Davon sind explizit auch Gemeinschaftskonten, Rubrikkonten mit der vollständigen Übersicht aller Rubriken und Unterkonten / Subdepots sowie aller Valutakonti und -depots inklusive Währungsangabe mitumfasst.*

*In diesem Umfang entbinde ich die genannten Finanzinstitute gegenüber dem Gericht von ihrer Geheimhaltungspflicht.*

6.12.24

Dariusz Henryk Apel

# EXHIBIT B

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE DISTRICT
COURT OF ZURICH IN ZURICH,
SWITZERLAND IN THE MATTER OF          Case No. _____
DARIUSZ HENRYK APEK V.
ALEXANDRA CHRISTIANE VON
BUBNOFF
                                          /

**COMMISSIONER'S SUBPOENA**

To:   StoneX
      230 S. LaSalle
      Suite 10-500
      Chicago, IL 60604

I, Krysta M. Stanford, a Trial Attorney for the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance, acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering judicial assistance to Switzerland, command that you provide to me evidence for use in a civil lawsuit in the District Court of Zurich in Zurich, Switzerland in *Dariusz Henryk Apek v. Alexandra Christiane von Bubnoff*, Foreign Reference Number WR250240-O, said evidence being:

- All active, inactive, and closed customer relationships (accounts/custody accounts/any other connections) from the period of 1 September 2017 to 27 August 2019, which are held by either Dariusz Heryk Apel (DOB: 18 January ▇▇▇▇) or Alexandra Christiane Von Bubnoff (DOB: 13 September ▇▇▇▇), or by the parties jointly.

- If no accounts exist, please state as such.

If you cannot produce a requested document (including, *inter alia*, because the document has been lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document is not produced because of an assertion of privilege, please state the specific privilege relied upon. If you object to producing only part of a requested document, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege.

Please produce the requested documents by email to me at Krysta.M.Stanford@usdoj.gov or by mail at the address set forth below no later than _____ (date).

**Krysta M. Stanford**
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street, NW, Room 8024
Washington, D.C. 20530

Please note that if you anticipate any charges for these records, please contact me prior to mailing so that we can confirm the charges and the availability of funds. *See* Exception to the Right to Financial Privacy Act for International Judicial Assistance Requests Memorandum (enclosed).

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of the attached subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

Dated this _____ day of _____ 2025.

_____

KRYSTA M. STANFORD, Commissioner
Trial Attorney
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street NW, Room 8024
Washington, DC 20530
Telephone: 202-353-2148
Email: Krysta.M.Stanford@usdoj.gov